UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY HOLLOWELL,<br><br>        Petitioner,<br><br>   v.<br><br>ROBERT FOX,<br><br>        Respondent. | No. 2:16-cv-0748 CKD P<br><br><br>ORDER |

On April 12, 2016, Mr. Hollowell filed a document titled "Petition For Writ of Habeas Corpus." However, the caption of the document indicates Mr. Hollowell meant to file the document in the "California Court of Appeal, Third District." Further, the form used by Mr. Hollowell for his "petition" is one generated by the Judicial Council of California, not this or another federal court. Finally, nothing in the document filed by Mr. Hollowell suggests he has exhausted state court remedies with respect to his claim, which he must do before obtaining relief in this court. See 28 U.S.C. § 2254(b)(1).

/////

/////

/////

/////

/////

1

Accordingly, IT IS HERBY ORDERED that the Clerk of the Court return Mr. Hollowell's petition for writ of habeas corpus meant for the California Court of Appeal to Mr. Hollowell and close this case.

Dated:  April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
holo0748.dis

2